UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-376 (DSD/JMM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>$7,850.00 IN U.S. CURRENCY,<br><br>DEFENDANT. | ) | FINAL ORDER OF FORFEITURE |

Based on the plaintiff's motion for a finding of probable cause for forfeiture of the defendant currency, for default judgment against Nathaniel N. Jeffrey and all unknown persons and entities having an interest in the defendant currency pursuant to Rule 55(b)(2), Fed.R.Civ.P., and for forfeiture of the defendant currency to the plaintiff, on all the files and records in this action, and on the Court's finding as follows that:

1. process was fully issued in this action and returned according to law;

2. pursuant to a Warrant of Arrest and Notice In Rem issued by United States Magistrate Judge John M. Mason, the United States Marshal for the District of Minnesota arrested the defendant currency;

3. a Notice of Arrest and Seizure was published in the Finance and Commerce, Minneapolis, Minnesota, on March 8, 15 and 22, 2000, giving notice to all unknown persons and entities having an



6/2/00
JUN 02 2000

interest in the defendant currency of the claim and answer requirements;

4. on March 16, 2000, the United States Marshal personally served Nathaniel N. Jeffrey with copies of the verified Complaint for Forfeiture, Summons, and Warrant of Arrest and Notice In Rem;

5. no claims for the defendant currency and answers to the Complaint for Forfeiture have been filed, and the time for filing a claim and answer has expired;

6. the Clerk of Court entered default against Nathaniel N. Jeffrey and all unknown interested persons and entities having an interest in the defendant currency for failure to file a claim and answer or otherwise defend in this action within the time permitted by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims; and

7. the plaintiff has established probable cause for the forfeiture of the defendant currency pursuant to 21 U.S.C. § 881(a)(6);

IT IS HEREBY ORDERED that:

1. default judgment is entered against Nathaniel N. Jeffrey and all unknown persons and entities having an interest in the defendant currency; and

2. all the right, title and interest of the defaulted persons and entities in the defendant currency is forfeited to the

plaintiff, and no right, title or interest in the defendant currency shall exist in any other person or entity; and

3. the defendant currency is forfeited to the plaintiff free and clear of any and all claims and shall be disposed of by the United States Marshal in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 6/02/00

DAVID S. DOTY, Senior Judge
United States District Court